

**CARDI & EDGAR**

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

MEMO ENDORSED

April 17, 2019    4/17/19

Via ECF

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing Adj to June 19, 2019 at 3:00pm.

Re:    United States v. Robbie Black, et al., 18-cr-153 (CM)

Your Honor:

I am CJA counsel to Anthony Castillo, a defendant in the above-referenced case. I write, with no objection from the government, to seek an adjournment of Mr. Castillo's sentencing currently scheduled for May 2, 2019.

This is the first request for an adjournment. The defense needs additional time to collect materials for Mr. Castillo's sentencing. I am out of the office in late May and early June, so respectfully request a date of June 10, 2019 or later. As noted, the government has no objection.

We thank the Court for its consideration of the instant application.

Very truly yours,

/s/

Dawn M. Cardi

cc:    All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212 481 7770 TELEPHONE • 212 271 0665 FACSIMILE • 917 543 9993 CELL • cardiedgarlaw.com